UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHER WADIE SOLIMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, et al.,<br><br>  Defendants. | Case No. 23-cv-03668-HSG<br><br>**ORDER DIRECTING PLAINTIFF TO FILE CONSENT OR DECLINATION FORM** |

The Court **DIRECTS** Plaintiff Maher Wadie Soliman to file a consent or declination to proceed before a magistrate judge by September 8, 2023. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The form is available at: http://cand.uscourts.gov/civilforms.

**IT IS SO ORDERED.**

Dated:  8/17/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge