ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Associate General Counsel
Office of Program Litigation, Office 7
CHRISTOPHER D. VIEIRA (CABN 273781)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4808
Email: christopher.vieira@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| MAHER WADIE SOLIMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>　Acting Commissioner of Social Security,<br><br>　　　　Defendant. | CIVIL NO. 4:23-cv-03668-HSG<br><br>ORDER |

Defendant has requested an extension of time to file the Certified Administrative Record, changing the date on which it was due from September 22, 2023, to November 14, 2023. Finding no objection from Plaintiff, Defendant's Motion is granted. Defendant shall file the Certified Administrative Record on or before November 14, 2023.

IT IS SO ORDERED.

Dated: 11/14/2023

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE