UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHER WADIE SOLIMAN,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, et al.,<br><br>Defendants. | Case No. 23-cv-03668-HSG<br><br>**ORDER DENYING ADMINISTRATIVE MOTION**<br><br>Re: Dkt. No. 14 |

Before the Court is Defendant's administrative motion for issuance of procedural order for review of Social Security decision. *See* Dkt. No. 14. The Court **DENIES** Defendant's motion, as the Court already issued a procedural order on July 25, 2023, *see* Dkt. No. 3.

**IT IS SO ORDERED.**

Dated: 2/13/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge