UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHER WADIE SOLIMAN,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, et al.,<br><br>Defendants. | Case No. 23-cv-03668-HSG<br><br>**ORDER DENYING MOTION TO DISMISS FOR LACK OF PROSECUTION**<br><br>Re: Dkt. No. 16 |

Before the Court is Defendant's motion to dismiss for failure to prosecute. *See* Dkt. No. 16. For the reasons discussed below, the Court DENIES the motion.

Plaintiff filed a complaint for judicial review of the decision of the Commissioner of the Social Security Administration (Defendant) denying Plaintiff Social Security benefits. *See* Dkt. No. 1. The Court then issued a Social Security Procedural Order setting a case schedule pursuant to the Supplemental Rules for Social Security Action under 42 U.S.C. § 405(g). *See* Dkt. No. 3. In relevant part, the schedule ordered (1) Defendant to file an answer within 60 days; (2) Plaintiff to file a brief for the requested relief within 30 days after Defendant's answer; and (3) Defendant to file a brief within 30 days after service of Plaintiff's brief. Defendant filed an answer, *see* Dkt. No. 12, but Plaintiff did not file his opening brief. Defendant then filed this motion, arguing that the Court should dismiss Plaintiff's case for failure to prosecute because he did not file his opening brief. *See* Dkt. No. 16. In opposition, Plaintiff argued that attached to his initial complaint was a Memorandum of Points and Authorities that effectively "served as [his] open[ing] brief." Dkt. No. 17 at 1.

The Court construes Plaintiff's Memorandum of Points and Authorities attached to his complaint as the required "brief for the requested relief." Accordingly, Defendant's motion to

dismiss is **DENIED**. *See* Dkt. No. 16.  Further, the Court **DIRECTS** Defendant to file and serve its brief on the Plaintiff within 30 days of this order.  Plaintiff may file a reply brief within 14 days after service of the Defendant's brief.

**IT IS SO ORDERED.**

Dated:   7/11/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge